William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| SHAWN R. DUNPHY and CYNTHIA HUGHES-DUNPHY,<br>          Plaintiffs, | CASE NO. 3:18-cv-12566 |
| vs. | Judge<br>Magistrate Judge |
| EXPERIAN, EQUIFAX and TRANSUNION,<br>          Defendants. | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for Defendant Trans Union, LLC.

Date: August 8, 2018.                              Respectfully submitted,

                                                                    */s/ William R. Brown*
                                                                    William R. Brown, Esq.   (WB5139)
                                                                    Schuckit & Associates, P.C.
                                                                    4545 Northwestern Drive
                                                                    Zionsville, IN  46077
                                                                    Telephone:  (317) 363-2400
                                                                    Fax:  (317) 363-2257
                                                                    E-Mail:  wbrown@schuckitlaw.com

                                                                    *Counsel for Defendant Trans Union, LLC*
                                                                    *(improperly identified as Transunion)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **8th day of August, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **8th day of August, 2018** properly addressed as follows:

| **Pro Se Plaintiffs**<br>Shawn R. Dunphy<br>Cynthia Hughes-Dunphy<br>705 Paramount Way<br>Brick, NJ  08724 | |
|---|---|

/s/ William R. Brown
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*(improperly identified as Transunion)*