William R. Brown, Esq.  (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| SHAWN R. DUNPHY and CYNTHIA HUGHES-DUNPHY, <br> Plaintiffs, | CASE NO. 3:18-cv-12566-MAS-DEA |
| vs. | Judge Michael A. Shipp <br> Magistrate Judge Douglas E. Arpert |
| EXPERIAN, QUIFAX and TRANSUNION,, <br> Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiffs Shawn R. Dunphy and Cynthia Hughes-Dunphy ("Plaintiffs"), pro se, and Defendant Trans Union, LLC, improperly identified as Transunion ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 10-8-18

Shawn R. Dunphy
705 Paramount Way
Brick, NJ 08724

Date: 10-8-18

Cynthia Hughes-Dunphy
705 Paramount Way
Brick, NJ 08724

*Pro Se Plaintiffs*

Date: 10-9-18

William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **9th day of October, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Dorothy A. Kowal, Esq.<br>dkowal@pricemeese.com | Jonathan Daniel Klein, Esq.<br>jklein@clarkhill.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **9th day of October, 2018** properly addressed as follows:

| **Pro Se Plaintiffs**<br>Shawn R. Dunphy<br>Cynthia Hughes-Dunphy<br>705 Paramount Way<br>Brick, NJ  08724 | |
|---|---|

/s/ William R. Brown
William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC
(improperly identified as Transunion)*