UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY (TRENTON)

| SHAWN R. DUNPHY and<br>CYNTHIA HUGHES-DUNPHY,<br><br>Plaintiffs,<br><br>EXPERIAN, EQUIFAX and TRANSUNION,<br><br>Defendants. | CASE NO. 18-cv-12566-MAS-DEA<br><br>STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. |
|---|---|

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Shaw R. Dunphy and Cynthia Hughes-Dunphy and Defendant Experian Information Solutions, Inc., by counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), this action be dismissed against Defendant Experian Information Solutions, Inc., with prejudice, with each party to bear their own costs and fees incurred.

*Pro se Plaintiffs*

_____
Shawn R. Dunphy

_____
Cynthia Hughes-Dunphy

Price, Meese, Shulman & D'Arminio, P.C.
*Counsel for Experian Information Solutions, Inc.*

By: /s/ Dorothy A. Kowal
    Dorothy A. Kowal, Esq.

SO ORDERED:

_____
U.S.D.J.