# CLARK HILL

Jonathan D. Klein
Direct Dial 215.640.8535
Email: jklein@clarkhill.com

Clark Hill PLC
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103
T 215.640.8500
F 215.640.8501

clarkhill.com

May 30, 2019

**VIA ECF**

Honorable Douglas E. Arpert
Magistrate Judge, United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
Courtroom 6W
402 East State Street Room 2020
Trenton, New Jersey 08608

> Re: **Shawn R. Dunphy et al. v. Equifax Information Servies LLC**
> **Civil Action No. 3:18-cv-12566**

Dear Judge Arpert:

As you know, I represent Defendant Equifax Information Services LLC ("Equifax") in the above-captioned matter. Per our prior conversation, I write to provide you with a status update regarding settlement with Plaintiffs Shawn Dunphy and Cynthia Hughes-Dunphy (collectively, "Plaintiffs"). As of the filing of this letter, Plaintiffs and Equifax have settled all claims between them in this matter and should have all final closing documents today as stated by Plaintiffs. Equifax expects that it will thereafter file a stipulation of dismissal in short order.

Respectfully Submitted,

CLARK HILL PLC

*/s/Jonathan D. Klein*
Jonathan D. Klein

JDK/km