## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN R. DUNPHY and CYNTHIA HUGHES-DUNPHY, <br>　　　　　　　　　　Plaintiffs, <br>　　　vs. <br><br>EXPERIAN, et al., <br>　　　　　　　　　　Defendants. | 3:18-cv-12566-MAS-DEA |

## STIPULATION OF DISMISSAL AGAINST DEFENDANT
## EQUIFAX INFORMATION SERVICES

　　　　Plaintiffs, Shawn R. Dunphy and Cynthia Hughes-Dunphy and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby agree and stipulate that the within action may be dismissed in its entirety with prejudice as against Equifax only, without costs or fees to any party.

　　　　Respectfully submitted this 7th day of June, 2019.

| | |
|---|---|
| */s/ Jonathan D. Klein* <br>Jonathan D. Klein <br>CLARK HILL PLC <br>One Commerce Square <br>2005 Market St., Suite 1000 <br>Philadelphia, PA 19103 <br>Tel: (215) 640-8500 <br>Fax: (215) 640-8501 <br>Email: jklein@clarkhill.com <br>*Attorneys for Defendant Equifax Information Services LLC* | */s/ Cynthia Hughes-Dunphy* <br>Cynthia Hughes-Dunphy <br>705 Paramount Way <br>Brick, NJ 08724 <br><br>*/s/ Shawn R. Dunphy* <br>Shawn R. Dunphy <br>705 Paramount Way <br>Brick, NJ 08724 <br>*Pro Se Plaintiffs* |

SO ORDERED

Date:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE DOUGLAS E. ARPERT
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a copy via U.S. Mail to:

Shawn R. Dunphy
Cynthia Hughes-Dunphy
705 Paramount Way
Brick, NJ 08724
***Pro Se Plaintiffs***

*/s/ Jonathan D. Klein*
Jonathan D. Klein
