UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWN R. DUNPHY and CYNTHIA HUGHES-DUNPHY,<br><br>                    Plaintiffs,<br>vs.<br><br>EXPERIAN, et al.,<br>                    Defendants. | 3:18-cv-12566-MAS-DEA |

**STIPULATION OF DISMISSAL AGAINST DEFENDANT**
**EQUIFAX INFORMATION SERVICES**

Plaintiffs, Shawn R. Dunphy and Cynthia Hughes-Dunphy and Defendant, Equifax Information Services LLC ("Equifax"), by counsel, hereby agree and stipulate that the within action may be dismissed in its entirety with prejudice as against Equifax only, without costs or fees to any party.

Respectfully submitted this 7th day of June, 2019.

/s/ Jonathan D. Klein
Jonathan D. Klein
CLARK HILL PLC
One Commerce Square
2005 Market St., Suite 1000
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
Email: jklein@clarkhill.com
*Attorneys for Defendant Equifax Information Services LLC*

/s/ Cynthia Hughes-Dunphy
Cynthia Hughes-Dunphy
705 Paramount Way
Brick, NJ 08724

/s/ Shawn R. Dunphy
Shawn R. Dunphy
705 Paramount Way
Brick, NJ 08724
*Pro Se Plaintiffs*

SO ORDERED

Date: 6·10·2019

Michael A. Shipp
United States District Judge